**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**2nd Modified LMM CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**INCLUDES REQUEST FOR REFERRAL TO MEDIATION**

DEBTOR:  Javier Castilla                              CASE #  14-14622 RBR

☐  This document is plan summary.  Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of   60   months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $  1,057.38   for months   1   to   8  ;
    B.    $    454.45   for months   9   to   58  ;
    C.    $    443.45   for months   59   to   60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  6,500.00   TOTAL PAID $   1,500.00
                Balance Due   $   5,000.00     payable $  562.50   /month (Months   1   to   8   )
                Balance Due   $                       payable $   10.00    /month (Months   9   to   58  )
                (Motion for Loss Mitigation Mediation $2,500.00)
                (Motion to Modify $500.00)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1. Bank of America                                Arrearage on Petition Date $  00.00 (Debtor has filed a Motion for LMM)
acc# 129407893                                    LMM Payment  $   280.81   /month (Months   1   to   8   )
add# 1480 SW 48 Ave, Ft.Lauderdale                LMM Payment  $   00.00    /month (Months   9   to   60  )
**Debtor has failed to reach agreement for Modification of Mortgage with Bank of America.  Debtor removes Bank of America form bankruptcy Plan in month 8 of plan**

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| **World Omni Finan** | $ 9,926.27 | 6.0 % | $ 182.72 | **Months   1   To   8** | $ 11,505.00 |
| **acc# 110002297092** | 2010 Tundra | | $ 193.14 | **Months   9   To  60** | |

Priority Creditors: [defined in 507]

1.                                              Total Due $
                                Payable   $              /month (months         to        )

Unsecured Creditors:    Pay $   00.00     Per month  (Months   1   to   8   )
                          Pay $  210.00    Per month  (Months   9   to   60  )
                          Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  **Debtor has failed to reach agreement for Modification of Mortgage with Bank of America.  Debtor removes Bank of America form bankruptcy Plan in month 8 of plan**
I declare that the foregoing chapter 13 plan is true and correct.

                                                                         /s/ John Bristol
Debtor                                            Signed by attorney with consent and authority of debtor